UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL W. BELL, )
 ) CIVIL NO. 3:17-cv-5441-RSL
 Plaintiff, )
 ) ORDER FOR ATTORNEY'S FEES
vs. ) PURSUANT TO 42 U.S.C. § 406(b)
 )
NANCY BERRYHILL, )
Acting Commissioner of Social Security, )
 )
 )

THIS MATTER having come on regularly before the undersigned upon Plaintiff's unopposed Motion For Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), it is hereby

ORDERED that Plaintiff's attorney Jamie Olivares is awarded a gross attorney's fee of $14,052.63 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $7,537.06 that previously were awarded, leaving a net fee of $6,515.57. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Defendant is directed to send to Plaintiff's attorney the net balance of $6,515.57, minus any applicable processing fees as allowed by statute

Dated this 10th day of June, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 1